**Order entered May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00193-CV

**NOEUI LAU LALONDE, Appellant**

**V.**

**CYNTHIA ALLEN, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04716-2013**

## ORDER

We **GRANT** appellee's May 4, 2015 first motion for extension of time to file brief and

**ORDER** the brief be filed no later than May 18, 2015.


/s/     CRAIG STODDART
         JUSTICE